**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANTUAN TOWNSEND, | CASE No. 26-02727 |
| Plaintiff, | Judge Lindsay C. Jenkins |
| v. | Magistrate Judge Beth W. Jantz |
| VILLAGE OF STEGER, *et al.* | |
| Defendants. | |

**<u>AFFIDAVIT</u>**

I, Melinda Power, under penalties of perjury, swear, affirm and certify that I have knowledge of the facts set forth in this affidavit and if called upon to testify that I could competently state as follows and that the facts contained herein are true to the best of my recollection:

1. On January 26, 2026, I filed the Complaint in the above matter.

2. On March 11, 2026, I spoke with the Village Administrator, Joe Wiszowaty, who told me that he would accept service on behalf of all the defendants.

3. I asked him how he would like to receive the service.

4. He told me the Defendants would accept service of the Complaint, Notice of a Lawsuit and Waiver of Service by Summons by email.

5. When he informed me that I could send him the documents via email, I asked him for his email address and he gave me his email: jwiszowaty@villageofsteger.org.

6. I emailed Mr. Wiszowaty the Complaint, Notice of Lawsuit and Waiver of Summons for each defendant on March 18, 2026. (Ex. A).

1

FURTHER AFFIANT SAYETH NOT.

/s/Melinda Power

**Melinda Power**

Melinda Power
West Town Law Office
2502 W. Division
Chicago, Il. 60622
773-278-6706
Melindapower1@gmail.com

2

EXHIBIT A

# Townsend v. Village of Steger

townsend antuan



**Melinda Power <melindapower1@gmail.com>**　　　　　1:06 PM (30 minutes ago)

to jwiszowaty, me

Good afternoon,

I know I sent you the attached documents, but I realize I failed to ask you to acknowledge receipt.  Would you please acknowledge that you received the Complaint, Notice of a Lawsuit and Waiver of Service on behalf of the Village of Steger, and officers Gilman and Gromala?

Thank you.

Melinda Power

--
Melinda Power
West Town Law Office
2502 W. Division
Chicago, Il. 60622
773-278-6706
773-278-0635 (fax)
melindapower1@gmail.com
www.melindapower.net

**7 Attachments** ·