# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Antuan Townsend, Plaintiff vs.   Case Number: 26-cv-02727
Village of Steger, et al., Defendants.

An appearance is hereby filed by the undersigned as attorney for:
Defendant, Village of Steger

Attorney name (type or print):  K. Austin Zimmer

Firm:    Del Galdo Law Group, LLC.

Street address:      1441 S. Harlem Ave.

City/State/Zip:    Berwyn, IL  60402

Bar ID Number:  6276227                     Telephone Number:    708-222-7000
(See item 3  in instructions)

Email Address: zimmer@dlglawgroup.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.     ☐   Retained Counsel

☐   Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/30/2026

Attorney signature:    S/ K. Austin Zimmer _____

(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015